Octaviano I. Sanchez
TDCJ-CID # 1885721
George Beto Unit
1391 FM 3328
Tennessee Colony, Texas
          75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

Date: May 13-2015

Texas Court Of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308 Capitol Station
Austin, Texas
          78711

Re: PD-0363-15, PD-0364-15, PD-0365-15
    Status Check OF PDR filed March or April
    2015

Dear Clerk.

        Would you please inform me of the status
of my Pro-Se Petition For Discretionary Review
I filed on or about March or April of 2015. I
have not received a white card informing me
that such has been filed and received.

                            Respectfully
                            Octaviano Sanchez